**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| TONYA BELL, | ) | CASE NO. 1:19cv1368 |
| Plaintiff, | ) ) | |
| v. | ) ) | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| ANDREW SAUL,<br>Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | **JUDGMENT ENTRY** |

Consistent with the Memorandum Opinion and Order of this Court also filed on February 5, 2020, the Commissioner's final decision is AFFIRMED.

**IT IS SO ORDERED**.

                                                              s/ *Jonathan D. Greenberg*
                                                              U.S. Magistrate Judge

Date: February 5, 2020